UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| TERESA DUHAMEL,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>JOHN C. TURNER, CHAPTER &<br>TRUSTEE OF DURASTONE, INC. and<br>COASTAL ENTERPRISES, INC.,<br><br>　　　　　Defendants | Civil No. 05-72-P-C |

Gene Carter, Senior District Judge

## ORDER

The Court **ORDERS** that its Order Denying Plaintiffs' Motion for Withdrawal of Reference issued November 22, 2005, in the above captioned matter be, and it hereby is **AMENDED** as follows:

The citation appearing on the 17th line of the third page, which originally read "*See* 12 C.F.R. § 202.7(d)(4)", shall now read "*See* 12 C.F.R. § 202.7(d)(5)".

　　　　　　　　　　　　　　　　　　　　/s/Gene Carter_____

　　　　　　　　　　　　　　　　　　　　**GENE CARTER**
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Dated at Portland, Maine this 3rd day of January, 2006.